USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2020



| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Copatrick Thomas**<br>Phone: (212) 356-0885<br>Fax: (212) 356-2089<br>cthomas@law.nyc.gov<br>(not for service) |

January 3, 2020

**VIA ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

        Re: <u>Gunter v. New York City Dep't of Corr., et al.</u>
            18-CV-0756 (PGG) (KHP)

Dear Judge Parker:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Correction Officer Melissa Rodriguez in the above-referenced matter. Pursuant to Rule I.F of the Court's Individual Practices in Civil Cases, I write to respectfully request a brief adjournment of the initial conference currently scheduled for January 8, 2020.

      By Order dated November 13, 2019, the Court scheduled an initial conference for January 8, 2020 at 11:30 a.m. On that date and time, however, I am previously committed to conducting a hearing before Hon. Arlene Bluth of the New York Supreme Court and, therefore, will be unable to attend the conference in this matter as scheduled.

      Accordingly, I respectfully request a brief adjournment of the initial conference, from January 8, 2020 at 11:30 a.m. to January 22, 2020 at 11:30 a.m. This is my first request for an adjournment. As Plaintiff is currently incarcerated, and so as not to delay this request, I have not sought Plaintiff's consent.

- 1 -

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Copatrick Thomas
Assistant Corporation Counsel

cc: Harvey J. Gunter
Plaintiff
DIN#18A1208
Groveland Correctional Facility
P.O. Box 50
Sonyea, New York 14556
(by UPS overnight mail)

---

**APPLICATION GRANTED:** The Initial Case Management telephone conference in this matter scheduled for Wednesday, Janaury 8, 2020 at 11:30 a.m. is hereby rescheduled to Thursday, February 20, 2020 at 10:00 a.m. It is hereby ORDERED that the Warden or other official in charge of the Groveland Correctional Facility produce plaintiff Harvey J. Gunter., Inmate No. 18-A-1208 on February 20, 2020, no later than 10:00 a.m., to a suitable location within the Groveland Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Groveland Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; (3) telephone chambers at (212) 805-0234, with the plaintiff on the line, at the time and date of the conference. The Clerk of Court is requested to mail a copy of this order to the plaintiff.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
01/06/2020