```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____09/03/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

HARVEY J. GUNTER,

                                  Plaintiff,

                    -against-

N.Y.C. DEPT. OF CORRECTIONS, et al.,

                              Defendants.

------------------------------------------------------------------------x

**ORDER**

18-CV-0756 (PGG) (KHP)

        It is hereby ORDERED that the Warden or other official in charge of the Five Points Correctional Facility shall produce Plaintiff Harvey J. Gunter, DIN #18-A-1208, on October 21, 2020, no later than 10:00 a.m., to a suitable location within the Five Points Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendant's counsel. If the scheduled time and date present a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0234.

        It is further ORDERED that Defendant's counsel shall: (1) immediately send a copy of this Order to Plaintiff and the Warden; (2) contact the Five Points Correctional Facility to arrange the call and determine the telephone number at which the Plaintiff will be reachable at

the above time and date; and (3) call Chambers at (212) 805-0234, with Plaintiff on the line, at

the time and date of the conference.

Dated:      New York, NewYork
              September 3, 2020

SO ORDERED

Hon. Katharine H. Parker
United States Magistrate Judge