```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARVEY J. GUNTER,

                      Plaintiff,

      -against-

THE NEW YORK CITY DEPARTMENT OF CORRECTIONS, et al,

                    Defendants.

**ORDER**

**18-CV-0756 (PGG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's letter at ECF No. 44, dated November 23, 2020, indicating that he has not received any settlement documents that Defendants were directed to provide him in order to finalize the settlement reached before the Court during a settlement conference held on October 21, 2020.  Defendants are directed to file a letter in response to Plaintiff's allegations by **Wednesday, December 9, 2020**, and if not already provided, to immediately provide Plaintiff with the necessary documentation to finalize the settlement agreement.  Per the Court's Order at ECF No. 44, the parties currently have until Friday, December 25, 2020, to finalize the settlement agreement, or, if not possible, for either party to apply to the Court for restoration of this action.  Should the parties need more time to finalize the settlement agreement, they are directed to apply for an extension in advance of this deadline.

      **The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff at following address:**

Harvey J. Gunter
DIN: 18-A-1208 / LOC:9-c-2-30-B
Five Points Correctional Facility
State Route 96, P.O. Box 119
Romulus, New York 14541

SO ORDERED.

Dated: New York, New York
December 3, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge